No. 04–7678. ROBLES v. WILSON, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT CRESSON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–7679. SANCHEZ v. CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 04–7680. PHI QUANG NGUYEN v. BOYETTE, SUPERINTENDENT, NASH CORRECTIONAL INSTITUTION. C. A. 4th Cir. Certiorari denied.

No. 04–7682. MAHARAJ v. OTTENBERG ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–7685. ROY v. JONES, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 04–7686. WASH v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 04–7687. TOMOSON v. MORGAN, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. C. A. 9th Cir. Certiorari denied.

No. 04–7689. ANH VU NGUYEN v. WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 04–7691. COLLINS v. DELAWARE. Sup. Ct. Del. Certiorari denied.

No. 04–7694. CARUSO v. TRUSTEE OF ST. JUDE CHILDREN'S RESEARCH HOSPITAL ET AL. C. A. 6th Cir. Certiorari denied.

No. 04–7695. OWEN v. MITCHEM, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 04–7705. GEORGE v. ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 04–7706. MESAYS v. HUGEL, ADMINISTRATOR, MARYLAND MOTOR VEHICLE ADMINISTRATION. C. A. 4th Cir. Certiorari denied.

No. 04–7708. REVELS v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.